# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONTEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-0474 - JLT<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 10) |

The parties have stipulated for Plaintiff to have a 14-day extension of time to serve his confidential letter brief. (Doc. 10) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 4 at 4), and this is the first extension requested by either party.

Accordingly, the Court **ORDERS:**

1. The request for an extension of time (Doc. 10) is **GRANTED**; and
2. Plaintiff **SHALL** serve his confidential letter brief, and file proof of service, on or before **September 27, 2018**.

IT IS SO ORDERED.

Dated: **September 13, 2018**       **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE