1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9
                     **EASTERN DISTRICT OF CALIFORNIA**
10
11  RICHARD MONTEZ,                     ) Case No.: 1:18-cv-00474- JLT
                                        )
12              Plaintiff,              ) ORDER GRANTING PLAINTIFF'S REQUEST
                                        ) FOR AN EXTENSION OF TIME
13       v.                             )
                                        ) (Doc. 14)
14  NANCY A. BERRYHILL,                 )
    Acting Commissioner of Social Security, )
15                                      )
                Defendant.              )
16                                      )
                                        )
17

18      The parties have stipulated for Plaintiff have an extension of 15 days to file an opening brief.

19  (Doc. 14) The Scheduling Order allows for a single extension of thirty days by the stipulation of the

20  parties (Doc. 4 at 4), which was previously used by Plaintiff in this action. (Docs. 10, 11)

21      Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be

22  made by written motion and will be granted only for good cause." (Doc. 4 at 4) Accordingly, the

23  Court construes the stipulation of the parties to be a motion to amend the Scheduling Order. Plaintiff

24  asserts the extension is necessary because "Plaintiff's counsel has a backlog in her workload." (Doc.

25  14 at 1) Defendant does not oppose the request for a further extension (*id.*), and it does not appear

26  Defendant would suffer any prejudice through the delay in briefing.

27  ///

28  ///

                                        1

Based upon the stipulation of the parties, the Court **ORDERS**:

1. Plaintiff's request for a second extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file an opening brief no later than **December 18, 2018**.

IT IS SO ORDERED.

Dated: **December 4, 2018**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE