# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONTEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:18-cv-0474 - JLT<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 17) |

On January 18, 2019, Defendant filed a stipulation of the parties, requesting an additional seven days to file an opening brief. (Doc. 19) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 4 at 4), which was previously used by Plaintiff in this action. (Docs. 10, 11) This is now the third request for an extension by the parties. (*See* Docs. 10, 14, 17)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 5 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion by Defendant to amend the scheduling order. Defendant asserts the brief extension is necessary both because of "scheduling conflicts from the government shut down" and counsel's workload. (Doc. 17 at 1) It does not appear Plaintiff would suffer any prejudice from the delay in briefing, and Plaintiff's counsel has agreed to the amendment of the scheduling order.

1

Good cause appearing, the Court **ORDERS**:

1. Defendant's motion for a second extension of time (Doc. 17) is **GRANTED**; and
2. Defendant **SHALL** respond to the opening brief no later than **February 22, 2019**.

IT IS SO ORDERED.

Dated: **January 22, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE