1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONTEZ, | ) Case No.: 1:18-cv-0474 - JLT |
| Plaintiff, | ) |
| | ) ORDER GRANTING DEFENDANT'S MOTION |
| v. | ) FOR A FOURTH EXTENSION OF TIME |
| | ) |
| NANCY A. BERRYHILL, | ) (Doc. 19) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

On February 19, 2019, Defendant filed a stipulation of the parties, requesting an extension of time to respond to Plaintiff's opening brief. (Doc. 19) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 4 at 4), which was previously used by Plaintiff in this action. (Docs. 10, 11) This is now the fourth request for an extension by the parties. (*See* Docs. 10, 14, 17, 19)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 4 at 4) In addition, the parties were cautioned that requests for modification of the Court's schedule "will **not** routinely be granted." (*Id.*, emphasis in original) Despite the Court's order, Defendant failed to file a written *motion* for amending the scheduling order for an extension. Accordingly, the Court construes the stipulation of the parties to be a motion by Defendant to amend the scheduling order.

1     Defendant asserts there is good cause for the extension because "[c]ounsel was unexpectedly

2  out of the office due to the illness and death of her aunt last week." (Doc. 19 at 1)  She also reports

3  that she has "over 80+ active matters, which require two or more dispositive motions per week until

4  mid-April." (*Id.*)  Plaintiff does not oppose the request for an additional extension of time to respond

5  to the brief.  (*Id.*)

6         Accordingly, the Court **ORDERS**:

7         1.      Defendant's motion for a fourth extension of time (Doc. 19) is **GRANTED**; and

8         2.      Defendant **SHALL** respond to the opening brief no later than **March 22, 2019**.

9         The parties are advised that absent a showing of exceptionally good cause—which will not

10  include the workloads of counsel—no further extensions of time will be granted.

11

12  IT IS SO ORDERED.

13     Dated:   **February 21, 2019**              **/s/ Jennifer L. Thurston**
14                                              UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28